**Barbara GREEN (Femme Sole) and Colonial American Life Insurance Co.**

No. 52349.

April 13, 1972.

that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

260 So.2d 315

**Abner E. HUGHES, Trustee,**

v.

**Gregory J. BURGUIERES.**

No. 52353.

April 13, 1972.

that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

260 So.2d 315

**Mrs. Frances W. JAGERS**

v.

**ROYAL INDEMNITY COMPANY et al.**

No. 52275.

April 13, 1972.

that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

Now, therefore, the said Court of Appeal is hereby commanded, in the name of the State of Louisiana and of this Honorable Court, to send up forthwith to this Court, at the City of New Orleans, the record in duplicate of the case above entitled.